THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Tiwan Graham, Appellant.
 
 
 

Appeal From Florence County
 Paul M. Burch, Circuit Court Judge
Unpublished Opinion No.  2008-UP-185
Submitted March 3, 2008  Filed March 17,
 2008  
APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission
 of Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. Mcintosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia, and Solicitor Edgar L. Clements, III, of Florence, for Respondent.
 
 
 

PER CURIAM: Tiwan
 Graham (Graham) appeals his guilty plea to for voluntary manslaughter.  On appeal, Graham maintains his sentence should be vacated because the trial court
 did not comply with the mandates of Boykin v. Alabama, 395 U.S. 238
 (1969).  
After
 a thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss Grahams appeal and grant counsels motion to be
 relieved.    
APPEAL DISMISSED. [1]
HUFF, KITTREDGE, and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.